**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

JONATHAN HERNANDEZ,

      Plaintiff,

      v.

JAMES BRADFORD THOMAS, and
MARTEN TRANSPORT, LTD.,

      Defendants.

CIVIL ACTION NO.: 2:22-cv-66

**O R D E R**

Defendants filed a Motion to Stay.  Doc. 59.  Defendants request all deadlines in this case be stayed pending resolution of their motion to compel, or, in the alternative, request for sanctions.  Docs. 46, 58.  The Court **ORDERS** Plaintiff to file a response, either opposing or indicating his lack of opposition to Defendants' Motion to Stay, by February 14, 2024.

**SO ORDERED**, this 9th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA