IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JONATHAN HERNANDEZ, | |
| Plaintiff, | |
| v. | 2:22-CV-00066-LGW-BWC |
| JAMES BRADFORD THOMAS, MARTEN TRANSPORT, LTD, | |
| Defendants. | |

**VERDICT FORM**

**PART I – LIABILITY**

1. Did Plaintiff prove by a preponderance of the evidence that there was negligence on the part of Defendant James Bradford Thomas which was a legal cause of injury to Plaintiff Jonathan Hernandez?

   _____ Yes          __8X__ No

   *If your answer to Question 1 is Yes, proceed to Question 2. If your answer to Question 1 is No, stop here, and have the foreperson sign and date the verdict form.*

2. Did Defendants prove by a preponderance of the evidence that there was negligence on the part of Plaintiff Jonathan Hernandez that was a legal cause of injury to himself?

   _____ Yes          _____ No

3. Did Defendants prove by a preponderance of the evidence all elements necessary to show that Plaintiff knowingly and voluntarily assumed the risk of his injuries?

   _____ Yes          _____ No

   *If your answer to Question 3 is Yes, stop here, and have the foreperson sign and date the verdict form. If your answer to Question 3 is No, proceed to Question 4.*

4. Did Defendants prove by a preponderance of the evidence that Plaintiff had a duty to exercise ordinary care to avoid the consequences of the Defendant's negligence, and did Defendants prove that Plaintiff failed in that duty?

   _____ Yes          _____ No

   *If your answer to Question 4 is Yes, stop here, and have the foreperson sign and date the verdict form. If your answer to Question 4 is No, proceed to Question 5.*

## PART II – APPORTIONMENT OF FAULT

*Answer the following question on apportionment of fault only if you answered "Yes" to both Question 1 and Question 2.*

5. Apportion the percentage of fault among the entities whose negligence you found by a preponderance of the evidence to be a proximate cause of Plaintiff's injuries. **Your allocation of fault *must* add up to 100%.**

   Defendant James Bradford Thomas   _____ %

   Plaintiff Jonathan Hernandez:   _____ %

*If your answer to Question 5 apportions fifty percent or more negligence to Plaintiff Jonathan Hernandez, stop here, and have the foreperson sign and date the verdict form.*

## PART III – DAMAGES

*Answer the following questions regarding damages only if you found in Question 1 that Defendant Thomas's negligence was a proximate cause of Plaintiff's injuries.*

Please enter the amount of damages incurred by Plaintiff. In determining the amount of damages do not make any reduction because of the negligence, if any, of the Plaintiff:

6. Past Medical Expenses:   $_____

7. Future Medical Expenses:   $_____

8. Past Lost Earnings:   $_____

9. Future Lost Earnings/Earning Capacity:   $_____

10. Non-economic Damages (pain and suffering, mental anguish, loss of enjoyment of life):   $_____

11. **TOTAL DAMAGES**   $_____

*The total damages in Question 11 should equal the sum of amounts you awarded in Questions 6-10.*

**Your deliberations are now complete. Please have the foreperson sign and date below.**

So say we all,

███████████████
Foreperson's Signature

_____ 9-29-25
Date