AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JONATHAN HERNANDEZ,

    Plaintiff,

v.

JAMES BRADFORD THOMAS and
MARTEN TRANSPORT, LTD,,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-66

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the jury verdict, judgment is hereby entered in favor of Defendants James Bradford Thomas and Marten Transport, Ltd. and against Plaintiff Jonathan Hernandez. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 29, 2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Whitney Sharp*
(By) Deputy Clerk

GAS Rev 10/2020