# In the United States District Court for the Southern District of Georgia Brunswick Division

JONATHAN HERNANDEZ,

    Plaintiff,

v.

JAMES BRADFORD THOMAS and
MARTEN TRANSPORT, LTD.,

    Defendants.

CV 2:22-066

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 256, wherein they notify the Court that they stipulate to the dismissal of this action with prejudice, with each party to bears its own fees, costs, and other expenses. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Clerk is **DIRECTED** to terminate all pending motions. This case remains closed.

**SO ORDERED**, this 2 day of December, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA